**FILED**

NOV 3 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY JAMES GIBBS,<br><br>Defendant. | Case No.  3:16-mj-71421-MAG<br><br>Charging District: District of Nevada<br>Charging District's Case No:3:14-CR-0053 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>District of Nevada<br>400 S. Virginia<br>Reno, NV 89501 | Courtroom No.:  Judge Velerie Cooke<br>Date and Time: November 7, 2016 at 3:00 p.m. |
|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: November 3, 2016

_____
LAUREL BEELER
United States Magistrate Judge